THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MECHELE TIJERINA, | § § | |
| v. | § § | Civil Action No. 4:21-cv-863-SDJ-KPJ |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*. | § § § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 21, 2023, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #19), that the final decision of the Commissioner of Social Security Administration be affirmed.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

So ORDERED and SIGNED this 10th day of March, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE